**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **FIRSTBANK,** § | |
| § | |
| **plaintiff,** § | |
| § | |
| v. § | Case 4:21-cv-449-ALM |
| § | |
| **TZK INVESTMENTS, LLC,** § | |
| § | |
| **defendant.** § | |

### ORDER DISMISSING CASE

On this day came on for consideration the stipulation of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and request to retain jurisdiction to enforce settlement filed by FirstBank and TZK Investments, LLC. Upon consideration of the stipulation, the papers on file with the court, the arguments of counsel and the agreement of the parties, the Court enters the following order:

IT IS ORDERED all claims and counterclaims in this suit are dismissed with prejudice.

IT IS FURTHER ORDERED each party shall bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED this Court retains jurisdiction over this cause to enforce the settlement of the parties, if necessary.

IT IS SO ORDERED.

SIGNED this 1st day of April, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE